Fill in this information to identify the case:

Debtor name: **Pelco Structural, L.L.C.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): **21-11926**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Exelon Business Services Company LLC** PO Box 805398 Chicago, IL 60680-5398 | | Trade debt | | | | $2,749,932.82 |
| **Steel and Pipe Supply Co Inc** Port of Catoosa 5275 Bird Creek Avenue Catoosa, OK 74015 | | Trade debt | | | | $179,875.55 |
| **Kloeckner Metals Corporation** 5250 Bird Creek Avenue Catoosa, OK 74015 | | Trade debt | | | | $157,693.81 |
| **Valmont Coatings** 25055 Alliance Drive Claremore, OK 74019 | | Trade debt | | | | $100,889.24 |
| **Metals USA** 2800 North 43rd Street East Muskogee, OK 74403 | | Trade debt | | | | $60,525.32 |
| **Madden Bolt Corporation** 13420 Hempstead Highway Houston, TX 77040 | | Trade debt | | | | $58,647.89 |
| **Praxair Distribution Inc** 1824 Southwest Blvd Tulsa, OK 74107-1714 | | Trade debt | | | | $49,658.12 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Pelco Structural, L.L.C.**  
Name

Case number *(if known)* **21-11926**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Greentree Packaging and Lumber<br>Suite 200<br>818 South Main<br>Grapevine, TX 76051 | | Trade debt | | | | $27,849.86 |
| Abitl Powder Coating LLC<br>4940 East 66th Street North<br>Tulsa, OK 74117 | | Trade debt | | | | $24,796.83 |
| Bowers Trucking Inc<br>66417 US Highway 60<br>Ponca City, OK 74604 | | Trade debt | | | | $19,750.00 |
| D and B Processing LLC<br>9750 South 219th East Avenue<br>Broken Arrow, OK 74014 | | Trade debt | | | | $19,592.83 |
| Steel Service<br>24412 Amah Parkway<br>Claremore, OK 74019 | | Trade debt | | | | $14,897.61 |
| All Pro Fasteners<br>3701 South 73rd East Avenue<br>Tulsa, OK 74145 | | Trade debt | | | | $13,512.29 |
| C and T Express Inc<br>900 South 12th Street<br>Broken Arrow, OK 74012 | | Trade debt | | | | $7,300.00 |
| Grainger<br>10707 East Pine Street<br>Tulsa, OK 74116-1547 | | Trade debt | | | | $5,716.14 |
| Bridge Crane Express<br>PO Box 940<br>Kiefer, OK 74041 | | Trade debt | | | | $3,324.04 |
| Timco Blasting and Coatings<br>200 North Main Street<br>Bristow, OK 74010 | | Trade debt | | | | $2,870.00 |

| Debtor | Pelco Structural, L.L.C. | | | Case number *(if known)* | 21-11926 |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **EDSCO Fasteners Inc**<br>PO Box 671510<br>Dallas, TX 75267-1510 | | **Trade debt** | | | | $2,816.00 |
| **C4 Industrial Inc**<br>6746 East 12th Street<br>Tulsa, OK 74112 | | **Trade debt** | | | | $1,959.63 |
| **Straightline Distributing LLC**<br>PO Box 471974<br>Tulsa, OK 74147 | | **Trade debt** | | | | $1,922.08 |